IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION,<br>EXXON MOBIL GLOBAL SERVICES<br>COMPANY; AND EXXON MOBIL<br>PIPELINE COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY,  AND<br>CAPCO CONTRACTORS, INC.,<br>*Defendants.* | § § § § § § § § § § § § § § | CASE NO. 6:15-CV-875-MHS-JDL |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  On August 5, 2016, the Magistrate Judge issued his Report and Recommendation ("R&R") (Doc. No. 11), recommending that Plaintiffs' Motion to Remand be granted, and that this action be remanded to the District Court of Gregg County.  No objections to the R&R have been presented for consideration within the prescribed time period for such objections.  Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that all objections are **OVERRULED** and Plaintiffs' Motion to Remand (Doc. No. 7) is **GRANTED**. The Clerk of Court is directed to remand this action the District Court of Gregg County.

**SIGNED this 24th day of August, 2016.**

                                                                                     MICHAEL H. SCHNEIDER  
                                                                                      UNITED STATES DISTRICT JUDGE